# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **JANELLE BERTHA BROWN** | Case Number: CR 08-4060-19-LRR |
|  | USM Number: 03841-029 |
|  | **Dennis Evan McKelvie** |
|  | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s)     **as listed below**     of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of Alcohol | May 17, 2014 |
| 2a-e | Failure to Participate in Substance Abuse Testing | November 10, 2015 |
| 3 | Failure to Maintain Employment | October 7, 2015 |
| 4 | Failure to Notify USPO of Residence Change | October 8, 2015 |
| 5 | Failure to Report to USPO | October 26, 2015 |
| 6 | Association with Convicted Felon | November 9, 2015 |
| 7a-b | Use of Controlled Substances | November 6, 2015 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____ .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 24, 2015
Date of Imposition of Judgment

*/s/ Linda R. Reade*
Signature of Judge

**Linda R. Reade, Chief U.S. District Judge**
Name and Title of Judge

November 25, 2015
Date

DEFENDANT: **JANELLE BERTHA BROWN**
CASE NUMBER: **CR 08-4060-19-LRR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **11 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       **JANELLE BERTHA BROWN**
CASE NUMBER:     **CR 08-4060-19-LRR**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   **<u>No Term of Supervised Release shall be reimposed</u>.**